UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER SINFIELD,<br><br>Defendant. | CASE NO. CR20-0221JLR<br>CR19-0250JLR<br><br>ORDER |

On October 19, 2021, the court granted Defendant Christopher Sinfield's motion for a competency examination and hearing pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4247(b).  (10/19/21 Order (CR20-0221JLR Dkt. # 39; CR19-0250JLR Dkt. # 30).)  The court ordered that the competency examination be completed within 30 days from the date Mr. Sinfield was designated for the competency examination and arrived at the facility where the competency examination would be conducted.  (*Id.*)  On November 8, 2021, the court and counsel for the parties received a letter from the Warden at Federal Detention Center ("FDC") SeaTac requesting an extension of the deadline to complete

ORDER - 1

Mr. Sinfield's competency examination. The Warden stated that due to the COVID-19 pandemic, FDC SeaTac is under modified operations that have affected the facility's ability to complete competency examinations within normal timeframes.

The parties agree that 18 U.S.C. § 4247(b) limits any extension of the deadline to complete a competency evaluation under 18 U.S.C. § 4241 to a maximum of 15 days. (*See* Def.'s Resp. to Warden's Req. for Extension of Time (CR20-0221JLR Dkt. # 40; CR19-0250JLR Dkt. # 31); Mem. Re: Warden's Req. for Add'l Time (CR20-0221JLR Dkt. # 41; CR19-0250JLR Dkt. # 32).) Accordingly, the court GRANTS the Warden's request for an extension of time to complete Mr. Sinfield's competency examination for a period not to exceed 15 days from the end of the original 30-day timeframe set forth in the court's October 19, 2021 order. (*See* 10/19/21 Order.) As the court stated in that order, any time resulting from any examinations to determine Mr. Sinfield's competency shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(h)(1)(A).

Dated this 10th day of November, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2