Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER SINFIELD, <br><br> Defendant. | NO. CR 20-221 JLR <br> CR 19-250 JLR <br><br> ORDER REGARDING MENTAL INCOMPETENCY AND RESTORATION |

Having considered the evidence presented at the competency hearing on February 8, 2022, and the other records of this case, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is (a) unable to understand the nature and consequences of the court proceedings against him and (b) unable to assist properly in his defense. 18 U.S.C. § 4241(d).

IT IS HEREBY ORDERED:

(1) that the Defendant is committed to the custody of the Attorney General to be hospitalized at a suitable facility for treatment, to restore his competency pursuant to 18 U.S.C. § 4241(d);

[Proposed] Order Re: Mental Incompetency & Restoration – 1
*United States v. Sinfield*, No. CR20-221 JLR, CR19-250 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

(2) that the Defendant, to the extent possible, be examined periodically, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and

(3) that a report generated pursuant to this Order be prepared and disseminated in accordance with the requirements set forth in Title 18 U.S.C. § 4247(c).

IT IS SO ORDERED.

Dated this 8th day of February, 2022.

_____
JAMES L. ROBART
United States District Judge

[Proposed] Order Re: Mental Incompetency & Restoration – 2
*United States v. Sinfield*, No. CR20-221 JLR, CR19-250 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970