The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER SINFIELD, <br><br> Defendant. | NO. CR19-250 JLR <br><br> ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO WITHDRAW VIOLATION PETITION <br><br> ~~(Proposed)~~ JLR |

This matter comes before the Court on the United States' unopposed motion to withdraw the supervised release violations alleged in the petition dated October 10, 2020 (Dkt. # 3) alleging that Defendant Christopher Sinfield violated conditions of supervision by 1) Committing the offense of rape of a child on or about October 1, 2020, in violation of a mandatory condition of supervision, and 2) Committing the offense of communicating with a minor for immoral purposes on or about October 1, 2020, in violation of a mandatory of supervision.

Having reviewed the petition, the motion, and being otherwise fully advised, now, therefore it is hereby

ORDER – 1
*United States v. Sinfield*, CR19-250JLR

ORDERED that the violation petition dated October 10, 2020 (Dkt. # 3) is hereby withdrawn, without prejudice.

DATED this 6th day of January, 2023..

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Laura Harmon*
LAURA HARMON
Special Assistant United States Attorney

ORDER– 2
*United States v. Sinfield*, CR19-250JLR